HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorney for Defendant
AARON ASHCRAFT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　Plaintiff,<br><br>vs.<br><br>AARON ASHCRAFT,<br>　　　Defendant. | Case No:  2:22-CR-0087-KJM<br><br>STIPULATION AND ORDER TO EXTEND SELF-SURRENDER DATE<br><br>Chief Judge Kimberly J. Mueller |

　　　IT IS HEREBY STIPULATED and requested by and between the parties through their respective counsel, MATTHEW THUESEN, Assistant United States Attorney, attorney for the GOVERNMENT, and RACHELLE BARBOUR, attorney for Defendant, AARON ASHCRAFT, Defendant, that the self-surrender date set for Monday, February 6, 2023, be continued to Monday, March 6, 2023, by 2:00 p.m.  Mr. Ashcraft has not yet been designated to a facility by the BOP.

DATED: January 23, 2023　　　　　　　　　　HEATHER E. WILLIAMS
　　　　　　　　　　　　　　　　　　　　　　　Federal Defender


　　　　　　　　　　　　　　　　　　　　　　　/s/ Rachelle Barbour
　　　　　　　　　　　　　　　　　　　　　　　RACHELLE BARBOUR
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　　　AARON ASHCRAFT

| | |
|---|---|
| DATED: January 23, 2023 | PHILLIP A. TALBERT<br>United States Attorney<br><br>/s/ Matthew Thuesen<br>MATTHEW THUESEN<br>Assistant U.S. Attorney<br>Attorney for the United States |

O R D E R

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, continues Mr. Ashcraft's self-surrender date to March 6, 2023, by 2:00 p.m. A copy of this Order shall be served on the U.S. Marshals.

DATED: February 1, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE