HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorney for Defendant
AARON ASHCRAFT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>          Plaintiff,<br><br>vs.<br><br>AARON ASHCRAFT,<br>          Defendant. | Case No:  2:22-CR-0087-KJM<br><br>STIPULATION AND ORDER TO EXTEND SELF-SURRENDER DATE<br><br>Chief Judge Kimberly J. Mueller |

IT IS HEREBY STIPULATED and requested by and between the parties through their respective counsel, MATTHEW THUESEN, Assistant United States Attorney, attorney for the GOVERNMENT, and RACHELLE BARBOUR, attorney for Defendant, AARON ASHCRAFT, Defendant, that the self-surrender date set for Monday, April 6, 2023, be continued to Monday, May 8, 2023, by 2:00 p.m.

Mr. Ashcraft suffers from a genetic bone disorder called Osteochondroma Exostosis. (PSR, para. 75.)  That disorder has caused the progressive growth of additional bone in his left knee.  That growth presses on nerves and blood vessels, causing pain, numbness, and difficulty walking.  Mr. Ashcraft is under the care of a physician for this, and surgery has been recommended to address it.  On April 4, 2023, Mr. Ashcraft is scheduled to undergo an MRI of his knee to determine a course of treatment.

//

//

Stipulation re: Self-Surrender  - ASHCRAFT         1

Mr. Ashcraft requests that his self-surrender date be continued a month to allow for his MRI results to be assessed by his doctor and to schedule surgery as soon as possible. Mr. Ashcraft has notified his treatment team of his pending self-surrender and requested that his surgery be scheduled quickly in light of that. Mr. Ashcraft is concerned that he will be unable to obtain this type of non-emergency surgery in custody and that his progressive disability will affect his programming if it is not addressed prior to self-surrender.

DATED: March 29, 2023                HEATHER E. WILLIAMS
                                     Federal Defender

                                     /s/ Rachelle Barbour
                                     RACHELLE BARBOUR
                                     Attorney for Defendant
                                     AARON ASHCRAFT

DATED:  March 29, 2023               PHILLIP A. TALBERT
                                     United States Attorney

                                     /s/ Matthew Thuesen
                                     MATTHEW THUESEN
                                     Assistant U.S. Attorney
                                     Attorney for the United States

ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, continues Mr. Ashcraft's self-surrender date to May 8, 2023, by 2:00 p.m. A copy of this Order shall be served on the U.S. Marshals.

DATED:  March 30, 2023.

CHIEF UNITED STATES DISTRICT JUDGE