HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorney for Defendant
AARON ASHCRAFT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> AARON ASHCRAFT, <br> Defendant. | Case No: 2:22-CR-0087-KJM <br><br> STIPULATION AND [proposed] ORDER TO EXTEND SELF-SURRENDER DATE <br><br> Chief Judge Kimberly J. Mueller |

IT IS HEREBY STIPULATED and requested by and between the parties through their respective counsel, MATTHEW THUESEN, Assistant United States Attorney, attorney for the GOVERNMENT, and RACHELLE BARBOUR, attorney for Defendant, AARON ASHCRAFT, Defendant, that the self-surrender date set for Monday, May 8, 2023, be continued to Tuesday, August 15, 2023, by 2:00 p.m.

Mr. Ashcraft suffers from a genetic bone disorder called Osteochondroma Exostosis. (PSR, para. 75.) That disorder has caused the progressive growth of additional bone in his left knee. That growth presses on nerves and blood vessels, causing pain, numbness, and difficulty walking. Mr. Ashcraft is scheduled to undergo the first of two orthopedic surgeries to address this on June 8, 2023. The second surgery, which will involve some neurological intervention, will follow soon after. Mr. Ashcraft's surgeon recommends recovery time of four to six weeks.

//

//

Mr. Ashcraft requests that his self-surrender date be continued to allow for these surgeries and recovery time. Mr. Ashcraft is concerned that he will be unable to obtain this type of non-emergency surgery in custody and that his progressive disability will affect his programming if it is not addressed prior to self-surrender.

DATED: May 3, 2023                     HEATHER E. WILLIAMS
                                       Federal Defender

                                       /s/ Rachelle Barbour
                                       RACHELLE BARBOUR
                                       Attorney for Defendant
                                       AARON ASHCRAFT

DATED:  May 3, 2023                    PHILLIP A. TALBERT
                                       United States Attorney

                                       /s/ Matthew Thuesen
                                       MATTHEW THUESEN
                                       Assistant U.S. Attorney
                                       Attorney for the United States

ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, continues Mr. Ashcraft's self-surrender date to August 15, 2023, by 2:00 p.m. A copy of this Order shall be served on the U.S. Marshals.

DATED:  May 8, 2023

                                       HON. KIMBERLY J. MUELLER
                                       Chief United States District Judge