HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorney for Defendant
AARON ASHCRAFT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br><br> vs. <br><br> AARON ASHCRAFT, <br> Defendant. | Case No: 2:22-CR-0087-KJM <br><br> STIPULATION AND ORDER TO EXTEND SELF-SURRENDER DATE <br><br> Chief Judge Kimberly J. Mueller |

IT IS HEREBY STIPULATED and requested by and between the parties through their respective counsel, MATTHEW THUESEN, Assistant United States Attorney, attorney for the GOVERNMENT, and RACHELLE BARBOUR, attorney for Defendant, AARON ASHCRAFT, Defendant, that the self-surrender date set for Tuesday, August 15, 2023, be continued to Wednesday, August 30, 2023, by 2:00 p.m.

Mr. Ashcraft suffers from a genetic bone disorder called Osteochondroma Exostosis. (PSR, para. 75.) That disorder caused the progressive growth of additional bone in his left knee. That growth pressed on nerves and blood vessels, causing pain, numbness, and difficulty walking. Mr. Ashcraft received two orthopedic surgeries to address this condition in June and July 2023. Due to the schedule of the treating surgeon, the surgeries were delayed by two weeks, and Mr. Ashcraft is still on crutches and receiving prescription pain medication. Mr. Ashcraft requires additional time to recover and requests that his self-surrender date be continued by two weeks so that he does not enter BOP on crutches needing additional treatment and pain medication.

Stipulation re: Self-Surrender - ASHCRAFT                1

The Government has notified defense counsel that it has no opposition to this request.

DATED: July 27, 2023                HEATHER E. WILLIAMS
                                    Federal Defender

                                    /s/ Rachelle Barbour
                                    RACHELLE BARBOUR
                                    Attorney for Defendant
                                    AARON ASHCRAFT


DATED:  July 27, 2023               PHILLIP A. TALBERT
                                    United States Attorney

                                    /s/ Matthew Thuesen
                                    MATTHEW THUESEN
                                    Assistant U.S. Attorney
                                    Attorney for the United States


O R D E R

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, continues Mr. Ashcraft's self-surrender date to August 30, 2023, by 2:00 p.m.  A copy of this Order shall be served on the U.S. Marshals.

DATED:  August 9, 2023.

                                    _____
                                    CHIEF UNITED STATES DISTRICT JUDGE