Case 2:22-cr-00087-KJM   Document 42   Filed 01/25/24   Page 1 of 1

AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| United States of America | )  |
| v. | ) |
| Aaron Ashcraft | ) Case No: 2:22CR00087-KJM-1 |
| | ) USM No: 00025-510 |
| Date of Original Judgment: 12/12/2022 | ) |
| Date of Previous Amended Judgment: | ) David M. Porer, Assistant Federal Defender |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __41__ months **is reduced to** __33 months__.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated __1/3/2023__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 01/25/2024

*Judge's signature*

Effective Date: 02/01/2024

The Honorable **Kimberly J. Mueller**, U.S. District Judge

*(if different from order date)*   *Printed name and title*