PHILLIP A. TALBERT
United States Attorney
MATTHEW THUESEN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:22-CR-00087-KJM |
| Plaintiff, | |
| v. | ORDER GRANTING MOTION FOR EXTENSION OF TIME |
| AARON ASHCRAFT, | |
| Defendant. | |

On March 27, 2024, the United States requested an extension of time to file its response to Defendant's *pro se* motion for reconsideration of the denial of compassionate release pursuant to 18 U.S.C. § 3582 (Docket No. 46).

IT IS HEREBY ORDERED the Government's request until April 17, 2024, to file its response is granted.

Dated: March 28, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE

1